Eighth Circuit granted. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Stanley Reed* and *John T. Fowler, Jr.,* for the United States et al. *Messrs. James H. McIntosh, Edward J. White,* and *Clifton P. Williamson* for respondents.

No. 434. SEABURY, RECEIVER, *v.* GREEN, ADMINISTRATRIX, ET AL. November 5, 1934. Petition for writ of certiorari to the Court of Common Pleas for Sumter County, South Carolina, granted. *Mr. R. O. Purdy* for petitioner. *Mr. Samuel Want* for respondents.

No. 441. UNITED STATES MORTGAGE CO. ET AL. *v.* MATTHEWS ET AL. November 5, 1934. Petition for writ of certiorari to the Court of Appeals of Maryland granted. *Mr. William L. Marbury, Jr.,* for petitioners. *Mr. Frederick H. Hennighausen* for respondents.

No. 386. DOMENECH, TREASURER OF PUERTO RICO, *v.* NATIONAL CITY BANK OF NEW YORK. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 452. ADAMOS *v.* NEW YORK LIFE INSURANCE CO. November 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Louis Caplan* and *Charles H. Sachs* for petitioner. *Messrs. William H. Eckert* and *Louis H. Cooke* for respondent.